O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN DJ SUPPLY, a California Corporation,<br><br>　　　　　Plaintiff<br><br>　　　　　v.<br><br>V2Go Technology, Inc., an entity of unknown form, American Audio Laboratory, a California corporation, Wal-Mart Stores, Inc., a Delaware corporation, Laser Karaoke Inc., an Ohio corporation dba Karaoke Warehouse, aka Karaoke Jukebox, aka Karaokewh.com, DBL Distributing LLC, a Delaware corporation, and DOES 1 through 10,<br><br>　　　　　Defendants. | CV 10-00299 RSWL (RCx)<br><br>**ORDER** |
| DBL Distributing, LLC, a Delaware corporation,<br><br>　　　　　Counter-Claimant<br><br>　　　　　v.<br><br>American DJ Supply, Inc., a California corporation,<br><br>　　　　　Counter-Defendant. | |

1

On August 23, 2010, Defendant DBL Distributing, LLC electronically filed a Counter-Claim for Trademark Cancellation against American DJ Supply, Inc. [37]. On August 30, 2010, Notice was issued to Defendant of the deficiencies in this electronically filed document, as this document was an initiating document, and Local Rule 3.2 requires that initiating documents be filed manually at the intake window [42]. Accordingly, the Court hereby **STRIKES** this Counter-Claim. Defendant should file this Counter-Claim manually in accordance with Local Rule 3.2.

**IT IS SO ORDERED.**

DATED: December 1, 2010.

                                        RONALD S.W. LEW
                                     **HONORABLE RONALD S.W. LEW**
                                      Senior, U.S. District Court Judge