O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| American DJ Supply, a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>V2Go Technology Corporation, an entity of unknown form; American Audio Laboratory, Inc., an entity of unknown form; et al.,<br><br>    Defendants.<br>_____<br>V2Go Technology Corporation, a California corporation,<br><br>    Counter-claimant,<br><br>  v.<br><br>American DJ Supply, a California corporation,<br><br>    Counter-defendant.<br>_____ | CV 10-00299 RSWL (JEMx)<br><br>**ORDER Re: Defendant's American Audio Laboratory, Inc. Counsel's Motion for Withdrawal [62]** |

///

///

1

1  The Court is in receipt of Defendant and
2  Counterclaimant American Audio Laboratory, Inc.
3  ("Defendant") Counsel's Motion for Withdrawal as
4  Attorney filed on March 22, 2011 [62].  Defendant's
5  attorney of record is Bin Li from the Bin Li Law
6  Offices.  The Court orders Defendant's Counsel to
7  submit additional information with regard to Counsel's
8  justification for requesting withdrawal.  Defendant's
9  counsel may file further responses under Seal if such
10 information is protected under the attorney-client
11 privilege.  The Court orders Defendant's Counsel to
12 submit further responses to the Court no later than
13 April 8, 2011.

15 DATED: April 5, 2011
16 **IT IS SO ORDERED.**

RONALD S.W. LEW
———————————————————
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge