O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| American DJ Supply, a California corporation,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>V2Go Technology Corporation, an entity of unknown form, American Audio Laboratory, Inc., an entity of unknown form; et. al.,<br><br>　　　　Defendants. | CV 10-00299 RSWL (JEMx)<br><br>**ORDER Re: Defendant's Counsel's Motion to Withdraw as Attorney of Record [62]** |
| V2Go Technology Corporation, a California corporation,<br><br>　　　Counter-claimant,<br><br>　　　v.<br><br>American DJ Supply, a California corporation,<br><br>　　　Counter-defendant. | |

　　On April, 27, 2011, Defendant American Audio Laboratory, Inc.'s ("Defendant") Counsel's Motion to Withdraw as Attorney of Record [62] came on for regular calendar before this Court. Having considered all the

1

1 | papers and arguments pertaining to this Motion, the
2 | Court **NOW FINDS AND RULES AS FOLLOWS:**

    This Court **GRANTS** Defendant's Counsel's Motion to Withdraw as Attorney of Record.

    The Court finds that Defendant's Counsel, Bin Li, has shown that there is good cause here for granting withdrawal. Specifically, Defendant's Counsel has been unable to maintain sufficient communications with Defendant, making it unreasonably difficult for Defendant's Counsel to effectively and adequately represent Defendant. Furthermore, Defendant's Counsel has complied with the procedural requirements of the Local Rules, as Defendant's Counsel has given written notice to Defendant of this present Motion and the consequences of Defendant's inability to appear *pro se* in this Action. Finally, the Court finds that withdrawal here would not unduly prejudice Defendant.

    The Court cautions Defendant that corporations are unable to appear *pro se*. Thus, Defendant must be represented by new counsel if the corporation wishes to proceed in this matter. The last known contact information for Defendant is as follows:

    American Audio Laboratory, Inc.:
    Mailing address: 9528 E. Rush Street, Unit I, South El Monte, CA 91733
    Telephone number: (626) 582-8098, (626) 582-8099

```
 1          Facsimile number: (626) 582-8908
 2          Contact: Harold Wang (President), Cell phone
 3          number: (626) 373-6862, Email address:
 4          haroldwang@amaudiolab.com
 5
 6  **IT IS SO ORDERED.**
 7  DATED: May 9 , 2011.        RONALD S.W. LEW
 8                              _____
                                **HONORABLE RONALD S.W. LEW**
 9                              Senior, U.S. District Court Judge
```