O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| American DJ Supply, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>V2Go Technology Corporation, an entity of unknown form, American Audio Laboratory, Inc., an entity of unknown form; et. al.,<br><br>    Defendants. | CV 10-00299 RSWL (JEMx)<br><br>**ORDER** |
| V2Go Technology Corporation, a California corporation,<br><br>    Counter-claimant,<br><br>    v.<br><br>American DJ Supply, a California corporation,<br><br>    Counter-defendant. | |

    On May 9, 2011, the Court granted Defendant American Audio Laboratory, Inc.'s ("Defendant") Counsel's Motion to Withdraw as Attorney of Record [62]. A copy of the Court's Order was subsequently

1

mailed to Defendant to its last known address, 9528 E. Rush Street, Unit I, South El Monte, CA 91733. However, this Order was returned to the Court, unopened, with the notification that there was no one present at this address and that the Order was unable to be forwarded.

As such, Plaintiff American DJ Supply is hereby ordered to provide the Court with an updated mailing address for Defendant. Plaintiff is ordered to submit this information to the Court no later than May 27, 2011.

**IT IS SO ORDERED.**

DATED: May 18, 2011.

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge