O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| American DJ Supply, a California corporation, | ) CV 10-00299 RSWL (JEMx) |
|---|---|
| Plaintiff, | ) **AMENDED ORDER** |
| v. | ) |
| V2Go Technology Corporation, an entity of unknown form, American Audio Laboratory, Inc., an entity of unknown form; et. al., | ) |
| Defendants. | ) |
| V2Go Technology Corporation, a California corporation, | ) |
| Counter-claimant, | ) |
| v. | ) |
| American DJ Supply, a California corporation, | ) |
| Counter-defendant. | ) |

On May 9, 2011, the Court granted Defendant American Audio Laboratory, Inc.'s ("Defendant") Counsel's Motion to Withdraw as Attorney of Record [62]. A copy of the Court's Order was subsequently

1

mailed to Defendant to its last known address, 9528 E. Rush Street, Unit I, South El Monte, CA 91733. However, this Order was returned to the Court, unopened, with the notification that there was no one present at this address and that the Order was unable to be forwarded.

As such, Defendant's former Counsel, Bin Li, is hereby ordered to provide the Court with an updated mailing address for Defendant. As Bin Li is no longer counsel of record for Defendant, the deputy clerk will serve Bin Li. Bin Li is ordered to submit this information to the Court no later than June 3, 2011.

**IT IS SO ORDERED.**

DATED: May 23 , 2011.

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge