O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| American DJ Supply, a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>V2GO Technology Corporation, an entity of unknown form, American Audio Laboratory, Inc., an entity of unknown form; et. al.,<br><br>　　　　　　　Defendants. | CV 10-00299 RSWL (JEMx)<br><br>**ORDER Re: Defendants' Counsel's Motion to Withdraw as Attorney of Record [94]** |

　　Currently before the Court is Defendants V2GO Technology Corporation and American Audio Laboratory, Inc.'s ("Defendants") Counsel's Motion to Withdraw as Attorney of Record [94]. Having considered all the papers and arguments submitted in connection with this Motion, **THE COURT NOW RULES AS FOLLOWS:**

　　This Court **GRANTS** Defendants' Counsel's Motion to Withdraw as Attorney of Record.

　　The Court finds that Defendants' Counsel, Maurice Newman, has shown good cause for granting withdrawal.

1

1 | Specifically, Defendants' Counsel at all times worked
2 | under the direction and supervision of Defendants'
3 | former counsel, Bin Li, who was previously withdrawn
4 | from representation by this Court.  Furthermore,
5 | Defendants' Counsel has complied with the procedural
6 | requirements of the Local Rules, as Defendants have
7 | been given written notice of this present Motion and
8 | the consequences of Defendants' inability to appear *pro*
9 | *se* in this Action.  Finally, the Court finds that
10 | withdrawal here would not unduly prejudice Defendants.
11 |     The Court cautions Defendants that corporations are
12 | unable to appear *pro se*.  Thus, Defendants must be
13 | represented by new counsel if the corporation wishes to
14 | proceed in this matter.  The last known contact
15 | information for Defendants is as follows:

17 |     V2GO Technology Corporation:
18 |     Mailing address: 9528 E. Rush Street, Unit I,
19 |     South El Monte, CA 91733
20 |     Contact: Harold Wang (President), Cell phone
21 |     number: (626) 373-6862, Email address:
22 |     harold.wangs@gmail.com
23 |     and haroldwang@v2gotech.com

25 |     American Audio Laboratory, Inc.:
26 |     Mailing address: 9528 E. Rush Street, Unit I,
27 |     South El Monte, CA 91733
28 |     Contact: Harold Wang (President), Cell phone

1 | number: (626) 373-6862, Telephone number: (626)
2 | 582-8098, (626) 582-8099,
3 | Facsimile number: (626) 582-8908, Email address:
4 | haroldwang@amaudiolab.com

**IT IS SO ORDERED.**

DATED: December 6, 2011

                 RONALD S.W. LEW
                 **HONORABLE RONALD S.W. LEW**
                 Senior, U.S. District Court Judge