O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| American DJ Supply, a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>V2GO Technology Corporation, an entity of unknown form, American Audio Laboratory, Inc., an entity of unknown form; et. al.,<br><br>　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CV 10-00299 RSWL (JEMx)<br><br>**ORDER Re: Defendants' Counsel's Motion to Withdraw as Attorney of Record [94]** |
|---|---|---|

　　　Currently before the Court is Defendants V2GO Technology Corporation and American Audio Laboratory, Inc.'s ("Defendants") Counsel's Motion to Withdraw as Attorney of Record [94].  Having considered all the papers and arguments submitted in connection with this Motion, **THE COURT NOW RULES AS FOLLOWS:**

　　　This Court **GRANTS** Defendants' Counsel's Motion to Withdraw as Attorney of Record.

　　　The Court finds that Defendants' Counsel, Maurice Newman, has shown good cause for granting withdrawal.

Specifically, Defendants' Counsel at all times worked under the direction and supervision of Defendants' former counsel, Bin Li, who was previously withdrawn from representation by this Court. Furthermore, Defendants' Counsel has complied with the procedural requirements of the Local Rules, as Defendants have been given written notice of this present Motion and the consequences of Defendants' inability to appear *pro se* in this Action. Finally, the Court finds that withdrawal here would not unduly prejudice Defendants.

The Court cautions Defendants that corporations are unable to appear *pro se*. Thus, Defendants must be represented by new counsel if the corporation wishes to proceed in this matter. The last known contact information for Defendants is as follows:

V2GO Technology Corporation:
Mailing address: 9528 E. Rush Street, Unit I,
South El Monte, CA 91733
Contact: Harold Wang (President), Cell phone
number: (626) 373-6862, Email address:
harold.wangs@gmail.com
and haroldwang@v2gotech.com

American Audio Laboratory, Inc.:
Mailing address: 9528 E. Rush Street, Unit I,
South El Monte, CA 91733
Contact: Harold Wang (President), Cell phone

number: (626) 373-6862, Telephone number: (626) 582-8098, (626) 582-8099,

Facsimile number: (626) 582-8908, Email address: haroldwang@amaudiolab.com

**IT IS SO ORDERED.**

DATED: December 6, 2011

                                                RONALD S.W. LEW

                                            **HONORABLE RONALD S.W. LEW**

                                            Senior, U.S. District Court Judge