UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| American DJ Supply, a California corporation,<br><br>  Plaintiff,<br><br>    v.<br><br>V2GO Technology Corporation, an entity of unknown form, American Audio Laboratory, Inc., an entity of unknown form; et. al.,<br><br>  Defendants. | CV 10-00299 RSWL (JEMx)<br><br>**ORDER TO SHOW CAUSE** |

   On April 8, 2011, the Court granted the dismissal with prejudice of Defendants Wal-Mart Stores, Inc. and DBL Distributing, LLC [69]. On July 7, 2011, the Court granted the dismissal of Defendant Laser Karaoke, Inc., pursuant to an amended stipulation to dismiss [84]. No action has been taken by Plaintiff since that date and no Final Pretrial Conference Order was submitted in advance of the Final Pretrial Conference scheduled for December 6, 2011. Cent. Dist. L.R. 16-7.

1

1  Accordingly, Plaintiff is ordered to show cause
2 within thirty days as to why this matter should not be
3 dismissed for lack of prosecution.  In addition, the
4 Court **VACATES** the Final Pretrial Conference and the
5 Jury Trial dates.

7 **IT IS SO ORDERED.**
8 DATED: December 9, 2011.

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

2